JS-6

# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL GABRIEL ZAKARIA,<br>Petitioner,<br>v.<br>ACTING OR CURRENT WARDEN FACILITY ADMINISTRATION GEO GROUP INC., et al.,<br>Respondents. | Case No. 5:26-cv-04596-PA-MBK<br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: November 9, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE